LAW OFFICES OF CHRIS COSCA
Chris Cosca    SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
LIAN Z. LI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-00025 EJG |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO VACATE HEARING TO APPOINT COUNSEL AND TO SET FOR STATUS CONFERENCE |
| vs. | ) ) | |
| LIAN Z. LI, | ) ) | |
| | ) | DATE:   October 29, 2010 |
| | ) | TIME:     10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Edward J. Garcia |

**Stipulation**

The parties, through their undersigned counsel, stipulate that the hearing to appoint counsel scheduled for October 29, 2010 be vacated.  The court has already appointed Chris Cosca to represent LIAN LI and Mr. Cosca has accepted said appointment. The parties agree to set this matter for a status conference on December 17, 2010, the same date set for co-defendants herein. Further, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.

The prosecutor has authorized Chris Cosca to sign this stipulation on his behalf.

Respectfully submitted,

DATED: October 25, 2010          By:     /s/ Chris Cosca
                                         CHRIS COSCA
                                         Attorney for Defendant
                                         Lian Li

USA v. Li- Stip and Proposed Order              1

DATED: October 25, 2010          By:     /s/ Chris Cosca for_____
                                          HEIKO COPPOLA
                                          Assistant U. S. Attorney

## Order

Good cause appearing,

The hearing to appoint counsel scheduled for October 29, 2010 is vacated.  Further, this matter is set for a status conference on December 17, 2010 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated:    October 25, 2010

                                    /s/ Edward J. Garcia

                                    United States District Judge